**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,                    )    No.      CR 11-355-PHX-JAT
                                             )             CV 12-170-PHX-JAT (LOA)
            Plaintiff/Respondent,            )
                                             )    **ORDER**
vs.                                          )
                                             )
                                             )
Juan Fernandez-Mendoza,                      )
                                             )
            Defendant/Petitioner/Movant.)
                                             )
_____)

        Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1).  The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 11) recommending that the Motion be denied.

        Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

        Accordingly,

        **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 11) is **ACCEPTED and ADOPTED**;

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED WITH PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly.

**IT IS FINALLY ORDERED** that pursuant to Rule 11 of the Rules Governing Section 2255 Proceedings, in the event Movant files an appeal, a certificate of appealability and leave to proceed *in forma pauperis* on appeal is denied because Movant has not made a substantial showing of the denial of a constitutional right.

DATED this 16th day of August, 2013.

James A. Teilborg
Senior United States District Judge

- 2 -